IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOIS WONLAH, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID POWELL,<br><br>Plaintiffs,<br><br>v.<br><br>DOMUS, INC., AMERICAN SITEWORK, LLC, USA ENVIRONMENTAL MANAGEMENT, INC., CITY OF PHILADELPHIA DEPT. OF LICENSES & INSPECTION, AND CITY OF PHILADELPHIA,<br><br>Defendants. | CIVIL ACTION<br>No. 2:24-cv-04725-GAW |

## ORDER

AND NOW, this 16th day of April 2025, upon consideration of Defendant City of Philadelphia's Motion to Dismiss Plaintiff's Claims and all Cross-claims against it (Dkt. #35), Defendant Domus, Inc.'s response thereto, and the lack of response from Plaintiff and the remaining defendants, it is hereby ORDERED that the Motion is GRANTED, and the all claims and cross-claims made against the City of Philadelphia and the City of Philadelphia Department of Licenses and Inspections are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
GAIL WEILHEIMER          J.